✎AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No:  3:05cr6-02/RV |
| DESHAWN TRAVIS GLOVER ) | USM No:  06113-017 |
| ) | |
| Date of Previous Judgment:   September 21, 2005 ) | Randolph Murrell, Federal Public Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 33 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range:  188 to 235 months | | Amended Guideline Range:  151 to 188 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Because the defendant was subject to a mandatory minimum of Life imprisonment, defendant Glover is ineligible for a sentence reduction.  See United States v. Williams, 549, F.3d 1337, 1342 (11th Cir. 2008).

Except as provided above, all provisions of the judgment dated  September 21, 2005  shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:   June 19, 2009 | /s/ *Roger Vinson* |
| | Judge's signature |
| Effective Date:  _____ | Roger Vinson, Senior United States District Judge |
| (if different from order date) | Printed name and title |